[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 97-9229

_____

D. C. Court No. 4:96-Cv-5-DF

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
04/15/99
THOMAS K. KAHN
CLERK

D. LISA CLOVER,

Plaintiff-Appellee,

versus

TOTAL SYSTEM SERVICES,
INC.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

**(April 15, 1999)**

Before CARNES and HULL, Circuit Judges, and HENDERSON, Senior Circuit Judge.

O R D E R:

The opinion in the above-styled case, which is currently published at 157 F.3d 824

(11ᵗʰ Cir. 1998), is VACATED, and the case is resubmitted to the court for a decision.